UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WACHOVIA COMMERCIAL MORTGAGE, INC., | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:05-cv-1448-RLY-WTL |
| NAYAN, LLC, RAVINDRA J. PATEL, GMAC COMMERCIAL MORTGAGE CORPORATION, STATE OF INDIANA DEPARTMENT OF REVENUE, CARVER & ASSOCIATES, INC. AND U.S. SMALL BUSINESS ADMINISTRATION, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON GMAC COMMERCIAL MORTGAGE CORPORATION'S CROSS MOTION FOR SUMMARY JUDGMENT**

This cause comes before the court on GMAC Commercial Mortgage Corporation's Cross Motion for Summary Judgment. The court having considered said Motion and the responses thereto, and being otherwise duly advised in the premises, now finds that said Motion should be and hereby is **GRANTED**.

**SO ORDERED** this 10th day of January 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Electronic Copies to:

Thaddeus R. Ailes
HARRISON & MOBERLY
tailes@h-mlaw.com

Sue Hendricks Bailey
UNITED STATES ATTORNEY'S OFFICE
sue.bailey@usdoj.gov

Timothy L. Black
FEIWELL & HANNOY, P.C.
tblack@feiwellhannoy.com

James W. Riley Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com

Donald James Smith
STARK DONINGER & SMITH
dsmith@sdsfirm.com